UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| THOMAS D. ROGERS III and VICTORIA A. ROGERS,<br><br>Plaintiffs,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY,<br><br>Defendant. | CASE NO.: 2:07-cv-3998<br><br><br><br>**SATISFACTION OF JUDGMENT** |

The undersigned, as counsel for Plaintiffs, does hereby acknowledge satisfaction in full of the judgment rendered for the Plaintiffs against the Defendant in the United States District Court, for the District of South Carolina, Charleston Division, entered on or about April 1, 2011.

                                            /s/ Christy Ford Allen
                         Christy Ford Allen, Esquire (Fed. ID #7549)
                         John A. Massalon, Esquire (Fed. ID #5227)
                         WILLS MASSALON & ALLEN LLC
                         Post Office Box 859
                         Charleston, South Carolina 29402
                         callen@wmalawfirm.net
                         jmassalon@wmalawfirm.net
                         (843) 727-1144

                         ATTORNEYS FOR PLAINTIFFS

May 18, 2012

Charleston, South Carolina